IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF MOTION
FOR LEAVE TO PROCEED IN FORMA PAUPERIS

ANTHONY DANIELS )
 )
  Plaintiff, )
 )
vs. ) CIVIL ACTION NO. 2:06CV129-WKW
 )
DONNA BEASLEY, et al. )
 )
 )
  Defendant. )

   I, Anthony Daniels, being first duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion, pursuant to 28 U.S.C. §1915 and 42 U.S.C. §2000e-5(f)(1), to proceed without being required to prepay fees and costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress and, the issues I seek to litigate are meritorious.

   I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )    NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   B. If the answer is NO, state the date of last employment and the amount of the salary and wages per month which you received.
   July 12, 2005
   7.00 hr

2. Have you received within the past 12 months any money from any of the following sources?

   A. Business, profession or form of self-employment?    YES ( )    NO (✓)

   B. Rent payments, interest or dividends?    YES ( )    NO (✓)

C.  Pensions, annuities or life insurance payments?   YES ( )   NO (✓)

D.  Gifts or inheritances?   YES ( )   NO (✓)

E.  Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past 12 months.

3. Do you own cash, or do you have money in a checking/savings account?   YES ( )   NO (✓)

If the answer is YES, state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

If the answer is YES, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.

Tyshondria Watts  daughter  $0.

_____
Anthony Daniels
Plaintiff

STATE OF ALABAMA     )
COUNTY OF Dallas     )

Subscribed and sworn to before me on this the 30th day of January, 2006, at Selma, Alabama.

Betty J. Strong
Notary Public in and for said County, in said State

(SEAL)

My commission expires _____

OR

I declare under penalty of perjury that the foregoing is true and correct
Executed on 1-25-06 (date)   Anthony Daniels