IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTHONY DANIELS,           )
                           )
    Plaintiff,              )
                           )        CASE NO. 2:06CV129WKW
v.                         )
                           )
DONNA BEASLEY and SOUTH    )
CENTRAL ALABAMA MENTAL     )
HEALTH CENTER,             )
                           )
    Defendants.             )

### APPLICATION FOR AN INTERLOCUTORY MANDATORY INJUNCTION

Comes now plaintiff Anthony Daniels, through and by his attorney, Bruce Boynton, pursuant to Rule 65 of the Federal Rules of Civil Procedure and applies for an interlocutory mandatory injunction, without bond or sureties, requiring the defendants Donna Beasley and the South Central Alabama Mental Health Center, an agent of the State of Alabama, to do those acts necessary to allow the plaintiff to attend a halfway house in the state's substance abuse treatment program. In support of this application the plaintiff claims that he was denied admission to the Clean and Sober halfway house program in Mobile, Alabama, as a resident of the First Step substance abuse treatment program of which defendant Donna Beasley is the director and agent of South Central Alabama Mental Health Center, because of racist practices and decisions of defendant Beasley. The plaintiff further claims that the decision to expel him was based upon an inaccurate understanding of what constitutes a "threat" under the laws of the State of Alabama. Additionally, plaintiff alleges that the defendants failed to provide him with a minimum of procedural due process of law in arriving at the decision to

expel him from the program which decision resulted in the plaintiff's loss of significant freedoms which violated the Fifth and Fourteenth Amendments to the United States Constitution under 42 U.S.C. 1983. The plaintiff incorporated herein by reference the complaint filed in this cause. He claims that he has no adequate remedy at law and unless this honorable Court take jurisdiction of this cause he will suffer irreparable injury and, therefore, seeks an expedited hearing on this application after a brief discovery period.

The plaintiff further applies, pursuant to Rule 65(a)(2), that after proper notice of the hearing on this application is given to the adverse parties the hearing be consolidated with the trial of this cause.

_/s/ Anthony Daniels_
ANTHONY DANIELS

STATE OF ALABAMA    )
                    )
COUNTY OF DALLAS    )

Sworn to and subscribed to before me this the 30th day of January, 2006.

_/s/ Betty J. Strong_
NOTARY PUBLIC

Respectfully submitted,

_/s/ Bruce Boynton_
ATTORNEY FOR PLAINTIFF
BRUCE BOYNTON
BRUCE CARVER BOYNTON, LLC
Post Office Box 389
Selma, AL  36702

(334) 874-6758
bruceboynton@bellsouth.net