IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-CV-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28U.S.C. § 636(b)(1), this case is referred to Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 21st day of February, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE