AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~MIDDLE~~ District of ~~ALABAMA~~

ANTHONY DANIELS

V.

DONNA BEASLEY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: *2:06CV129·WKW*

TO: (Name and address of Defendant)

Cynthia Hattway for
South Central Alabama
Mental Health Center
19815 BAY BRANch ROad
ANdalusia, AL   36420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce BOynton
P. O. BOx 389
SELma, AL   36702

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

_____
CLERK

_____
(By) DEPUTY CLERK

*2·22·06*
_____
DATE

440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

~~MIDDLE~~ District of ~~ALABAMA~~

ANTHONY DANIELS

V.

DONNA BEASLEY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: *2:06cv129-WKW*

TO: (Name and address of Defendant)

Donna Beasley

First Step

150 HOSpital Drive

Lavern, AL   36049

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce Boynton
Post Office Box 389
Selma, AL   36702

swer to the complaint which is herewith served upon you, within _____20_____ days after service of this
ions upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
lief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable
d of time after service.

*Debra P. Hackett*

2·22·06

DATE

:PUTY CLERK