Daniels

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donna Beasley
   First Step
   150 Hospital Drive
   Luverne AL 36049
   summ & comp (20)

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3465 2508

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Renee Nichols_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Kenrea Nichols
C. Date of Delivery: 02/24/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004    Domestic Return Receipt    06-129    102595-02-M-1540