**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   South Central AL Mental
   Health Center
   c/o Cynthia Hathway
   19815 Bay Branch Rd.
   Andalusia AL 36420
   
   Daniels

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Sharon Cornelius     ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery
   Sharon Cornelius                   2/27/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3465 5011

PS Form 3811, February 2004    Domestic Return Receipt    06-129    102595-02-M-1540