IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-129-WKW |
| | ) | |
| DONNA BEASLEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby ORDERED that the order referring this case to Magistrate Judge Charles S. Coody (Doc. #4) is VACATED and reassigned to the undersigned district judge.

Done this the 23rd day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE