IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For good cause, it is

ORDERED that on or before August 31, 2006, the parties shall show cause why they have failed to comply with this court's order of May 18, 2006. (Doc. # 10.) In the order, the court directed the parties to confer and develop a proposed discovery plan, in compliance with Rule 26(f) of the Federal Rules of Civil Procedure, and directed the parties to file the report no later than June 8, 2006. (*Id*.) The record reflects that, as of this date, no Rule 26(f) report has been filed and that the parties have not requested an extension.

DONE this 10th day of August, 2006.

                                          /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE