IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| ANTHONY DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-129-WKW |
| | ) | |
| DONNA BEASLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Motion for an Interlocutory Mandatory Injunction filed by the plaintiff on February 9, 2006 (Doc. # 3), it is hereby

ORDERED that the defendants shall file a response to the motion on or before August 24, 2006. The plaintiff may file a reply brief on or before August 31, 2006. The motion shall be submitted without oral argument on August 31, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the chambers of the undersigned.**

DONE this 10th day of August, 2006.

        /s/ W. Keith Watkins
       UNITED STATES DISTRICT JUDGE