# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY DANIELS,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CIVIL ACTION NO. :** |
| ) | **CV-2-06-129-WKW** |
| ) | |
| **DONNA BEASLY and SOUTH** ) | |
| **CENTRAL ALABAMA MENTAL** ) | |
| **HEALTH CENTER,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR INTERLOCUTORY MANDATORY INJUNCTION

COME NOW Defendants, South Central Alabama Mental Health Center (properly known as, South Central Alabama Mental Health Board and hereinafter referred to as "SCAMHB" or "Defendant") and Donna Beasly, (hereinafter, "Beasly" or "Defendant") and in response to Plaintiff's Motion for Interlocutory Mandatory Injunction (hereinafter, "Plaintiff's Motion") state the following:

1. At the time of the filing of Plaintiff's Complaint and Motion, Plaintiff Anthony Daniels (hereinafter, "Plaintiff" or "Daniels") believed that his removal from the drug/alcohol rehabilitation program provided by Defendant SCAMHB would result in Plaintiff being denied admission into a halfway house as part of

the State of Alabama's substance abuse program. (Plaintiff's Motion at p. 1.)

2. Based upon communications with Plaintiff's counsel, Defendant learned that Plaintiff, in spite of being removed prematurely from the SCAMHB program, was still allowed to enroll in a halfway house, where he currently is living.

3. Accordingly, Plaintiff's Motion is moot in that the injunctive relief he was seeking through the Motion has already been accorded to Plaintiff. Plaintiff's Motion was filed in good faith at the time of its submission to the Court.

WHEREFORE  Defendants seek an Order from this Court denying Plaintiff's Motion for Interlocutory Mandatory Injunction.

Respectfully submitted,

  /s/ Gregg L. Smith

**GREGG L. SMITH**
Attorney for Defendants South Central Alabama Mental Health Board and Donna Beasly

**OF COUNSEL:**
**Gregg L. Smith**
Attorney at Law
4905 Branch Mill Circle
Birmingham, Alabama 35223
(205) 956-0101
greggsmith@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court of the United States District Court for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to Mr. Bruce C. Boynton, BRUCE CARVER BOYNTON, LLC, attorney for Plaintiff, on this the 24th day of August, 2006.

                                         /s/ Gregg L. Smith
                                         OF COUNSEL