IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. : |
| | ) CV-2-06-129-WKW |
| | ) |
| DONNA BEASLY and SOUTH | ) |
| CENTRAL ALABAMA MENTAL | ) |
| HEALTH CENTER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PARTIES' RESPONSE TO COURT'S SHOW CAUSE ORDER**

COME NOW Defendants, South Central Alabama Mental Health Center (properly known as, South Central Alabama Mental Health Board and hereinafter referred to as "SCAMHB" or "Defendant") and Donna Beasly, (hereinafter, "Beasly" or "Defendant") and Plaintiff Anthony Daniels (hereinafter, "Plaintiff" or "Daniels") in response to this Court's Order to Show Cause for failure to file the Rule 26 Planning Report in a timely fashion state the following:

1. Upon the institution of this cause of action by Plaintiff and the filing of the Answer by Defendants, counsel for Plaintiff and Defendants have had regular communication regarding this matter.

2. On April 24, 2006, counsel for the parties had, via telephone, the

mandatory Rule 26 meeting and agreed to matters of discovery and for other deadlines.

3. A Rule 26 Planning Meeting Report was prepared by Defendants' counsel and submitted to Plaintiff's counsel for approval. Plaintiff's counsel approved the proposed deadlines in a timely fashion.

4. Defendants' counsel attempted to file the report through the CM/ECF system, but apparently failed in the attempt and was not aware of the failure.

5. Regardless of the failure on Defendants' counsel's part to properly file the Report, Defendants provided Plaintiff with their Initial Disclosures on May 9, 2006. Since that time, counsel for the parties have communicated and attempted to set up times for appropriate discovery.

6. Recently, Plaintiff's counsel learned that Plaintiff has been indicted and arrested on Federal criminal charges and Plaintiff's availability for discovery has been compromised. (*United States v. Darrell Thompson, et al,* Criminal Action No.: 06-00176-CG-M, in the United States District Court for the Southern District of Alabama). Plaintiff has been indicted for criminal drug charges and was arrested while at the halfway house in Mobile, Alabama serving out a previous sentence. Plaintiff is being held without bond pending the trial of his most recent criminal charge which is scheduled for the October 2006 criminal trial term in the

Southern District. Due to this change in status, the dates for discovery and possible trial of this action need to be extended as Plaintiff's criminal trial takes precedence over his civil action.

      7. Accordingly, counsel for parties are submitting a revised Planning Meeting Report on this date to try to accommodate the difficulties involving the Plaintiff's status. Counsel for Plaintiff in the instant case is not representing Mr. Daniels in his criminal case.

      8. Any blame for the failure to file the report is that of Defendants' counsel as Plaintiff's counsel is not part of the CM/ECF system. Defendants' counsel apologizes to the Court for his errors in this matter and will take steps to ensure such problems are not repeated in the future.

                                      Respectfully submitted,

                                        /s/ Gregg L. Smith
                                      **GREGG L. SMITH**
                                      Attorney for Defendants South Central Alabama Mental Health Board and Donna Beasly

**OF COUNSEL:**
**Gregg L. Smith**
Attorney at Law
4905 Branch Mill Circle
Birmingham, Alabama 35223
(205) 956-0101
greggsmith@bellsouth.net

Filed on behalf of Plaintiff's counsel with his permission.

                                         /s/ Bruce C. Boynton
                                         Bruce C. Boynton
                                         BRUCE CARVER BOYNTON, LLC
                                         Attorney for Plaintiff Anthony Daniels

**OF COUNSEL:**
Bruce C. Boynton
BRUCE CARVER BOYNTON, LLC
Post Office Box 389
Selma, AL 36702