IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| DONNA BEASLY and, ) | 2:06-CV-129 |
| SOUTH CENTRAL ALABAMA ) | |
| MENTAL HEALTH CENTER, ) | |
| ) | |
| Defendants. ) | |

## RULE 26(f) PARTIES' PLANNING MEETING

COMES NOW Plaintiff, ANTHONY DANIELS (hereinafter, "Plaintiff") and Defendants DONNA BEASLY and SOUTH CENTRAL ALABAMA MENTAL HEALTH CENTER (hereinafter, "Defendants" ) in this cause of action and pursuant to Fed. R. Civ. P. 26(f) state the following:

1. **Meeting.**  Pursuant to Fed. R. Civ. P. 26(f), a teleconference meeting was held on April 24, 2006 and was attended by:

   Gregg L. Smith on behalf of Defendants.

   Bruce C. Boynton on behalf of Plaintiff.

2. **Pre-discovery disclosures.**  The parties will exchange by May 10, 2006 the information required by Federal Rule of Civil Procedure 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

Plaintiff's allegations in his Complaint;

Defenses asserted by Defendants in their Answer.

Discovery will be completed by March 5, 2007.

Maximum of 40 interrogatories by each party to the other party.

Maximum of 10 depositions by each party.

Maximum of 30 Requests for Production of Documents by each party.

Maximum of 30 requests for admissions by each party to the other party.

Reports from retained experts under Rule 26(a)(2) due:

    From the Plaintiff- January 7, 2007.

    From the Defendants- February 7, 2007.

Supplementation under Rule 26(e) due within a reasonable time after discovery of such information.

4. **Other Items.**

The parties do not request a conference with the court before the entry of the Scheduling Order.

The Plaintiff and the Defendants should be allowed until November

15, 2006 to join additional parties and until December 1, 2006 to amend the pleadings.

All dispositive motions should be filed by April 5, 2007.

Settlement cannot be realistically evaluated prior to December 1, 2006.

The parties request a final pretrial conference in May 2007.

Final list of trial evidence under Rule 26(a)(3) should be due:

From the Plaintiff: witnesses and exhibits 30 days before trial.

From the Defendant: witnesses and exhibits 30 days before trial.

Parties should have 10 days after service of final list of trial evidence to list objections under Rule 26(a)(3).

The case should be ready for trial by June 1, 2007 and at this time is expected to take 1-2 days for trial.

Respectfully submitted,

\s\Gregg L. Smith
Gregg L. Smith
Attorney for Defendants
4905 Branch Mill Circle
Birmingham, AL 35223
(205) 956-0101

Filed with permission of Plaintiff's counsel.

 \s\Bruce C. Boynton
Bruce C. Boynton
Attorneys for Plaintiff
Post Office Box 389
Selma, AL 36702
(334) 874-6758