IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

On February 9, 2006, Plaintiff filed an Application for An Interlocutory Mandatory Injunction (Doc. # 3), seeking an order from this Court requiring the defendants "to do those acts necessary to allow the plaintiff to attend a halfway house in the state's substance abuse treatment program." On August 24, 2006, Defendants filed a response to the motion (Doc. # 14), asserting that Plaintiff's motion is moot because he is currently living in a halfway house. Further, on August 30, 2006, the parties informed the Court that Plaintiff "has been indicted for criminal drug charges [in the Southern District of Alabama] and was arrested while at the halfway house in Mobile, Alabama." (*See* Doc. # 15 at ¶ 6). Accordingly, it is hereby

ORDERED that the motion (Doc. # 3) is DENIED as moot.

DONE this 31st day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE