IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY DANIELS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION NO.** |
| v. | ) **2:06-CV-129-WKW** |
| | ) |
| **DONNA BEASLEY, et al.,** | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COMES NOW, Nicholas P. Hebert, and the law firm of Scott, Sullivan, Streetman & Fox, P.C., 2450 Valleydale Road, Birmingham, Alabama 35244, and enters their appearance on behalf of Donna Beasley and South Central Alabama Mental Health Center in the above captioned case.

/s/Nicholas P. Hebert
Nicholas P. Hebert (ASB-2631-038H)
Attorney for Donna Beasley and South Central
Alabama Mental Health Center
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail: hebert@sssandf.com

**OF COUNSEL:**

**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, AL 35244
(205) 967-9675

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce C. Boynton, Esq.
Bruce, Carver, and Boynton, LLC
P. O. Box 389
Selma, AL 36702-0389

Gregg Lee Smith, Esq.
Sirote & Permutt, P.C.
P.O. Box 55727
Birmingham, AL 35255-5727

*/s/Nicholas P. Hebert*
Nicholas P. Hebert (ASB-2631-038H)
Attorney for Donna Beasley and South Central
Alabama Mental Health Center
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail:  hebert@sssandf.com