IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY DANIELS,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **CIVIL ACTION NO. :** |
| ) | **CV-2-06-129-WKW** |
| ) | |
| **DONNA BEASLY and SOUTH** ) | |
| **CENTRAL ALABAMA MENTAL** ) | |
| **HEALTH CENTER,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants, South Central Alabama Mental Health Center (properly known as, South Central Alabama Mental Health Board and hereinafter referred to as "Defendant") and Donna Beasley, (hereinafter, "Beasley" or "Defendant"), and move this Honorable Court to enter an Order granting summary judgment in favor of Defendants on all of Plaintiff Anthony Daniels' claims pursuant to Federal Rule of Civil Procedure 56 on the ground that no genuine issue as to any material fact exists and that Defendants are entitled to a judgment as a matter of law. In support of their Motion, Defendants provide the following:

1. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, to be filed pursuant to this Court's Briefing Schedule;

2. Defendants' Submission of Evidence in Support of Their Motion for Summary Judgment and the documents attached thereto, to be filed pursuant to this Court's Briefing Schedule;

3. The pleadings previously filed with this Court.

Respectfully submitted,

/s/ Gregg L. Smith
**GREGG L. SMITH**
Attorney for Defendants South Central Alabama Mental Health Board and Donna Beasley

**OF COUNSEL:**
**Gregg L. Smith**
Attorney at Law
4905 Branch Mill Circle
Birmingham, Alabama 35223
(205) 956-0101
greggsmith@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court of the United States District Court for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to:

Nicholas P. Hebert
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244

and by U.S. Mail, first class postage pre-paid, to:

2

Mr. Bruce C. Boynton  
BRUCE CARVER BOYNTON, LLC,  
P.O. Box 389  
Selma, AL 36702-0389  

                                                 /s/ Gregg L. Smith  
                                                 OF COUNSEL