**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY DANIELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO. :** |
| | ) | **CV-2-06-129-WKW** |
| | ) | |
| **DONNA BEASLY and SOUTH** | ) | |
| **CENTRAL ALABAMA MENTAL** | ) | |
| **HEALTH CENTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**DEFENDANTS' SUBMISSION OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants, South Central Alabama Mental Health Center
(properly known as, South Central Alabama Mental Health Board and hereinafter
referred to as "SCAMHB" or "Defendant") and Donna Beasley, (hereinafter,
"Beasley" or "Defendant"), and submit the following evidence in support of their
Motion for Summary Judgment:

1. Corrected Order from Circuit Court of Dallas County, Alabama, dated
November 4, 2005, attached as Exhibit "A";

2. Declaration of Defendant Donna Beasley, attached as Exhibit "B";

3. First Step Admission Agreement, dated December 21, 2005, attached as

Exhibit "C";

    4.  SCAMHB Residential Stabilization Program Disciplinary Policy,

attached as Exhibit "D";

    5.   Statement of Understanding Consumer Grievance Procedures, dated

December 21, 2005, attached as Exhibit "E";

    6.  Disciplinary write ups of Anthony Daniels, dated 1/10/06, 1/11/06 and

1/14/06, attached as Exhibit "F";

    7.  Progress report of Anthony Daniels, dated January 17, 2006, attached as

Exhibit "G";

    8.  The pleadings in this cause of action.

                    Respectfully submitted,

                      /s/ Gregg L. Smith
                    **GREGG L. SMITH**
                    Attorney for Defendants South Central Alabama
                    Mental Health Board and Donna Beasley

**OF COUNSEL:**
**Gregg L. Smith**
Attorney at Law
4905 Branch Mill Circle
Birmingham, Alabama 35223
(205) 956-0101
greggsmith@bellsouth.net

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court of the United States District Court for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to:

Nicholas P. Hebert
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244

and by U.S. Mail, first class postage pre-paid, to:

Mr. Bruce C. Boynton
BRUCE CARVER BOYNTON, LLC,
P.O. Box 389
Selma, AL 36702-0389

        /s/ Gregg L. Smith
_____OF COUNSEL

3