IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

STATE OF ALABAMA,    *

    Plaintiff,    *

vs.    *    CASE NOS. CC-2005-196 & 328

ANTHONY DANIELS,    *

    Defendant.    *



## CORRECTED ORDER

THIS CASE is before the Court for Review of the Drug Assessment Report of Defendant by Cahaba Center for Mental Health, pursuant to this Court's Order of October 5, 2005.

Pursuant to said Drug Assessment Report, **Defendant is ORDERED** to successfully complete a **Substance Abuse Program** through an **in-patient treatment facility** to be recommended by Cahaba Center for Mental Health.

Upon notification by Cahaba Center for Mental Health, the **Sheriff** of Dallas County is hereby **ORDERED** to **transport** the Defendant for admission to the residential treatment center; and upon the Defendant's completion of said residential substance abuse treatment program, the **Sheriff** shall **transport** and **return** the **Defendant** to the **Dallas County Jail**.

**DONE and ORDERED**, this the 4th day of November 2005.

11/29/05
CC: DA
Atty. Boynton
DCSO
DCJ
CAHABA CENTER

THOMAS B. JONES, JUDGE
FOURTH JUDICIAL CIRCUIT

STATE OF ALABAMA
COUNTY OF DALLAS
The undersigned Clerk of the Circuit Court of Dallas County, certify that the foregoing is a true copy of the original judgment of said Court in the above stated cause, as the same appears of record and on file in my office in Selma, Alabama.
Witness my hand and the Seal of the Circuit Court of Dallas County, Alabama, this ___ day of _____.

Clerk of the Circuit Court of Dallas County, Alabama