# South Central Alabama Mental Health Board

**FIRST STEP**
P.O. Drawer 700
Luverne, Alabama 36049
(334) 335-6294

Access To Care (Toll Free)
(877) 530-0002

Administrative / Business
Office (334) 232-2525



**SERVING BUTLER, COFFEE, COVINGTON AND CRENSHAW COUNTIES**

Cynthia A. Hataway
Executive Director

**MENTAL ILLNESS**
ANDALUSIA
  Administration
  Case Management
  Outpatient
  Day Treatment
  Group Home
ENTERPRISE
  Case Management
  Outpatient / RDP
GREENVILLE
  Case Management
  Outpatient / RDP
LUVERNE
  Case Management
  Outpatient / RDP
  Children's Services
  COD Adult Residential
**SUBSTANCE ABUSE**
ANDALUSIA
  Intensive Outpatient
  Prevention / CRO / DUI
ENTERPRISE
  Intensive Outpatient
  DUI
LUVERNE
  Administration
  Residential
**MENTAL RETARDATION**
ANDALUSIA
  Administration
  Day Training
  Case Management
  Early Intervention
ENTERPRISE
  Day Training
  Case Management
  Early Intervention
GREENVILLE
  Day Training
  Case Management
  Early Intervention
LUVERNE
  Case Management
  Early Intervention

## First Step Admission Agreement

I hereby request admission into the First Step Treatment facility. If admitted, I agree to abide by all rules and regulations of the program and to follow the course of treatment prescribed by the Mental Health Center staff. I also agree to leave the facility upon the request of the Director if my condition requires different care or treatment than that afforded by the program or if I am asked to leave by the Director for any reason. Otherwise, I agree to complete the program as indicated in my treatment plan. I will be responsible for any emergency medical or dental expenses incurred on my behalf. I also authorize First Step Director or the Consulting Physician to admit me to a local hospital for emergency treatment if, in their opinion, they believe my medical condition warrants such emergency action. I understand and accept that First Step is a non-medical treatment program and that I am personally responsible for my own medical care during my stay in this program. I release First Step from all liability, which results from my medical condition, including side effects from medication or any medical complication. I understand that if I am asked to leave for clinical reasons, I am still responsible for the basic treatment fee of $175.00 plus the daily rate as established on the program's sliding fee scale for as many days as I was present.

Signed: X _Anthony Daniels_   Witnessed: _Jennifer Burnett_

Date: _12-21-05_   Title: _Admission Manager_

In case of emergency, please contact:

Name: _Mrs. Dannie Daniels_ Relation: _Mother_ Phone: _(334) 872-0975_

Name: _Mr. Clarence William_ Relation: _Father_ Phone: _(334) 872-6852_