# South Central Alabama Mental Health

## Substance Abuse Services

## Residential Stabilization Program

## Disciplinary Policy

If a consumer is *"written up"* for violation of rules or any other inappropriate behavior on *three (3)* separate occasions, the consumer will be called before the clinical staff with the probable outcome being immediate discharge from the program. The consumer will be notified each time he is *"written up"*, and he will be advised as to the exact nature of his violation.

**Notice:**   This *does not* mean that the consumers are allowed three (3) mistakes or violations. *Any one (1)* may merit discharge.