**South Central Alabama Mental Health Center**
Post Office Box 1028
Andalusia, Alabama 36420

Access To Care (Toll Free)
(877) 530-0002

Administrative / Business
Office (334) 222-2525



SERVING BUTLER,
COFFEE, COVINGTON
AND CRENSHAW COUNTIES

Cynthia A. Hataway
Executive Director

MENTAL ILLNESS
  ANDALUSIA
    Administration
    Case Management
    Outpatient
    Day Treatment
    Group Home
  ENTERPRISE
    Case Management
    Outpatient / Intensive
  GREENVILLE
    Case Management
    Outpatient / Intensive
  LUVERNE
    Case Management
    Outpatient / Intensive
    Children's Services
SUBSTANCE ABUSE
  ANDALUSIA
    Intensive Outpatient
    Prevention / CRO / DUI
  ENTERPRISE
    Intensive Outpatient
    DUI
  RED LEVEL
    Administration
    Residential
MENTAL RETARDATION
  ANDALUSIA
    Administration
    Day Training
    Case Management
    Early Intervention
  ENTERPRISE
    Day Training
    Case Management
    Early Intervention
  GREENVILLE
    Day Training
    Case Management
    Early Intervention
  LUVERNE
    Case Management
    Early Intervention

## Statement of Understanding Consumer Grievance Procedures

7/00
9/03
6/05

I have received a copy of the South Central Alabama Mental Health consumer Grievance Procedure and the Rights and Responsibilities. These procedures have been explained to me and I understand I can access advocates and the grievance/complaint process without reprisal.

X _[signature: Anthony Daniels]_     12-21-05
Consumer or Representative Sign     Date

_[signature: Jennifer Burnett]_     12-21-05
Witness     Date

South Central Alabama Mental Health's Consumer Advocate is: Sharon Brown, Ph.D., Clinical Director.

Sharon Brown, Ph.D.
P. O. Box 1028
Adalusia, Al 36420
(334) 222-2525

File this form in the consumer record in Section I.

Updated 6/05