South Central Alabama Mental Health
Progress Record

01/10/06    Anthony Daniels    64905    322
Date             Name              Case No.   RU

Consumer is being written up due to non-compliance — consumer sleeping in education after being warned.
                                                   S. Holladay, pn

Anthony Daniels

South Central Alabama Mental Health
Progress Record

01/11/06      Anthony Daniels      104796      322
Date                Name                  Case No.        RU

Consumer was disrespectful and cursing at me because he didn't get to use the phone exactly when he wanted to.

Nacole Hardwick
House Manager

South Central Alabama Mental Health
Progress Record

01/14/06   Anthony Daniels  64796   322
Date           Name           Case No.      RU

Consumer was asleep leaned back in chair with head against the wall during book study.

Refused to sign

Nacole Hardwick
House Manager