**SOUTH CENTRAL ALABAMA MENTAL HEALTH CENTER**
**PROGRESS REPORT**

| 1/17/06 | Anthony Daniels | 64796 | 322 |
|---------|-----------------|-------|-----|
| Date    | Name            | Case # | RU |

1/17/06: I, along with Donna Beasley (SA Director), spoke to consumer about his behavior. He cursed at a staff member and verbally threatened physical harm towards another consumer. We informed consumer that he was being administratively discharged without a certificate due to noncompliance with the program rules and policy. He was asked to call someone to come get him.

_Theresa Stinson, MCd_
Theresa Stinson, M. Ed

1/17/06: Consumer left the facility on a private vehicle with family at approximately 4:45 PM.

_Theresa Stinson, MCd_
Theresa Stinson, M. Ed