## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                                    TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Daniels v. Beasley et al

Case Number: 2:06-cv-00129-WKW

Referenced Docket Entry - *** Motion for Summary Judgment - Doc. No. 21

The referenced docket entry was filed by Clerk's office with ERROR on ***May 16, 2007*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this document is a duplicate of doc. No. 20. Please DISREGARD this docket entry.