IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the plaintiff shall SHOW CAUSE in writing **on or before June 15, 2007**, why the plaintiff failed to comply with the court's Briefing Order (Doc. # 25).

DONE this 11th day of June, 2007.

                                        /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE