IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On June 11, 2007, the court ordered (Doc. # 26) that plaintiff show cause in writing on or before June 25, 2007, why he failed to follow the court's Briefing Order for the defendants' motion for summary judgment. As of June 19, 2007, the plaintiff has not proffered a response to either the defendants' motion for summary judgment or the court's order dated June 11, 2007. It is therefore ORDERED that the defendants' motion for summary judgment (Doc. # 20) is under submission without consideration of the plaintiff's response.

DONE this 19th day of June, 2007.

                                        /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE