IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-129-WKW |
| | ) |
| DONNA BEASLEY, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The court has been notified by the plaintiff's counsel that the parties have settled this case. It is hereby ORDERED that the parties shall file their joint stipulation of dismissal on or before July 25, 2007.

DONE this 18th day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE