# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style: Daniels v. Beasley et al**

**Case Number:  2:06-cv-00129-WKW**

**Referenced Pleading: Stip of Dism - Doc. 29**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**