IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>)<br>DONNA BEASLY and SOUTH )<br>CENTRAL ALABAMA MENTAL )<br>HEALTH CENTER, )<br>)<br>   Defendants. )<br>) | CIVIL ACTION NO. :<br>CV-2-06-129-WKW |

## JOINT STIPULATION FOR DISMISSAL

COME NOW, Defendants South Central Alabama Mental Health Center and Donna Beasley and Plaintiff Anthony Daniels in the above-referenced matter, and jointly move this Court for an Order dismissing Plaintiff's Complaint in the above styled cause of action. By agreement of the Parties, and pursuant to Federal Rule of Civil Procedure 41(a), the Parties respectfully request that the Court issue an Order of Voluntary Dismissal of Plaintiff's Complaint with Prejudice with each Party bearing its own costs.

Respectfully submitted,

| | |
|---|---|
| /s/Bruce C. Boynton | /s/ Gregg L. Smith |
| Bruce C. Boynton | Gregg L. Smith |
| Attorney for Plaintiff Anthony Daniels | Attorney for Defendants |
| BRUCE CARVER BOYNTON, LLC | SCAMHB & Donna Beasley |
| Post Office Box 389 | 4905 Branch Mill Circle |
| Selma, AL 36702 | Birmingham, AL 35223 |

Respectfully submitted this the   25   day of   July  , 2007.

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing pleading with the Clerk of the Court of the United States District Court for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to:

Nicholas P. Hebert
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, AL 35244

    /s/ Gregg L. Smith
OF COUNSEL

    /s/Bruce C. Boynton
OF COUNSEL