IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY DANIELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. cv-2-06-129-WKW |
| | ) |
| DONNA BEASLEY, et al., | ) |
| | ) |
| Defendants. | ) |

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now Bruce Boynton, the attorney for Plaintiff Anthony Daniels and responds to the order to show cause heretofore entered in this matter as follows:

1. For a considerable length of time the attorney has been out of town and was neither aware for the filing of the motion for summary judgment not any subsequent orders of the Court until June 25, 2007.

2. That the plaintiff and his attorney have had no objections for the dismissal of this cause and such lack of opposition has been conveyed to the honorable Greg g L. Scott, the attorney for defendants, because of two reasons: 1) the suit was filed primarily to cause the plaintiff to be transferred to a second level drug treatment program. He believed that he was being unconstitutionally denied such an opportunity; and 2) subsequent to the filing of this action he was transferred to such a treatment program in Mobile, Alabama where he has since been arrested by federal drug agents on charges which should cause him to be sentenced to a significant period of time. He will plead guilty and be sentenced in September of this year.

3. Additionally, the undersigned represents the plaintiff in several state cases to which he intends to enter guilty pleas after he is sentenced in federal court resulting in the state sentences running concurrently with the federal matters.

4. This notwithstanding, the undersign did not intentionally ignore the motion for summary judgment nor the resulting orders and both attorneys have agreed to a joint motion to dismiss this pending cause.

Respectfully submitted,

*/s/ Bruce Boynton*
ATTORNEY FOR PLAINTIFF
BRUCE BOYNTON
BRUCE CARVER BOYNTON, LLC
Post Office Box 389
Selma, AL  36702
(334) 874-6758
boynton302@charter.net

## CERTIFICATE OF SERVICE

This is to certify that I have served an exact copy of the foregoing pleading upon Gregg L. Smith, Esq. By electronic transmission on this the 11th day of July, 2007.

*/s/ Bruce Boynton*
BRUCE BOYNTON